Solomon Sayles, Respondent, *v.* James Jourdan, Appellant.

(Argued May 8, 1890; decided June 3, 1890.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 23, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*William W. MacFarland* for appellant.

*Elihu Root* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____